# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
## County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2019-00054127-CU-PO-CTL | Filing Date: | 10/11/2019 |
| Case Title: | Watts vs City of Chula Vista [IMAGED] | Case Age: | 538 days |
| Case Status: | Pending | Location: | Central |
| Case Category: | Civil - Unlimited | Judicial Officer: | Kenneth J Medel |
| Case Type: | PI/PD/WD - Other | Department: | C-66 |

### Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| 06/04/2021 | 08:30 AM | C-66 | Civil Case Management Conference |

### Participants

| Name | Role | Representation |
|---|---|---|
| Board of Trustees of University of California San Diego | Defendant | |
| City of Chula Vista | Defendant | |
| County of San Diego | Defendant | |
| Kennedy, Roxana | Defendant | |
| Watts, Diana C | Plaintiff, Guardian Ad Litem | Olsen, Christopher J |
| Watts, Odin H | Plaintiff | Olsen, Christopher J |

### Representation

| Name | Address | Phone Number |
|---|---|---|
| OLSEN, CHRISTOPHER J | 3075 East Thousand Oaks Blvd Ste 100 Westlake Village CA 91362 | (805) 557-0660 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 10/11/2019 | Complaint filed by Watts, Diana C; Watts, Odin H. Refers to: City of Chula Vista; Kennedy, Roxana; County of San Diego; Board of Trustees of University of California San Diego | Watts, Diana C (Plaintiff); Watts, Odin H (Plaintiff) |
| 2 | 10/11/2019 | Original Summons filed by Watts, Diana C; Watts, Odin H. Refers to: City of Chula Vista; Kennedy, Roxana; County of San Diego; Board of Trustees of University of California San Diego | Watts, Diana C (Plaintiff); Watts, Odin H (Plaintiff) |
| 3 | 10/11/2019 | Civil Case Cover Sheet filed by Watts, Diana C; Watts, Odin H. Refers to: City of Chula Vista; Kennedy, Roxana; County of San Diego; Board of Trustees of University of California San Diego | Watts, Diana C (Plaintiff); Watts, Odin H (Plaintiff) |
| 4 | 10/11/2019 | Application and Order Appointing Guardian Ad Litem filed by Watts, Diana C; Watts, Odin H. Refers to: Watts, Diana | Watts, Odin H (Plaintiff) |
| 5 | 10/11/2019 | Request to Waive Court Fees filed by Watts, Diana C; Watts, Odin H. Refers to: Watts, Odin | Watts, Diana C (Plaintiff) |
| 6 | 10/11/2019 | Case assigned to Judicial Officer Medel, Kenneth. | |
| 7 | 10/11/2019 | Civil Case Management Conference scheduled for 07/17/2020 at 08:30:00 AM at Central in C-66 Kenneth J Medel. | |
| 8 | 10/11/2019 | Case initiation form printed. | |
| 9 | 10/11/2019 | Order on Court Fee Waiver (Granted in Whole) filed by Watts, Diana C. Refers to: Watts, Odin | Watts, Diana C (Plaintiff) |

San Diego Superior Court   Case: 37-2019-00054127-CU-PO-CTL   Title: Watts vs City of Chula Vista [IMAGED]

| 10 | 05/16/2020 | Civil Case Management Conference rescheduled to 11/20/2020 at 08:30:00 AM in C-66 before Kenneth J Medel at Central. |
| 13 | 11/20/2020 | Civil Case Management Conference continued pursuant to party's motion to 01/22/2021 at 08:30AM before Judge Kenneth J Medel. |
| 14 | 11/20/2020 | Minutes finalized for Civil Case Management Conference heard 11/20/2020 08:30:00 AM. |
| 17 | 01/22/2021 | Civil Case Management Conference continued pursuant to party's motion to 03/26/2021 at 08:30AM before Judge Kenneth J Medel. |
| 18 | 01/22/2021 | Minutes finalized for Civil Case Management Conference heard 01/22/2021 08:30:00 AM. |
| 21 | 03/26/2021 | Civil Case Management Conference continued pursuant to party's motion to 06/04/2021 at 08:30AM before Judge Kenneth J Medel. |
| 22 | 03/26/2021 | Minutes finalized for Civil Case Management Conference heard 03/26/2021 08:30:00 AM. |