ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
ADAM C. PHILLIPS, Senior Deputy (SBN 277410)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA C. WATTS and ODIN H. WATTS, a minor, by and through his Guardian Ad Litem, DIANA C. WATTS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHULA VISTA, ROXANA KENNEDY, COUNTY OF SAN DIEGO, BOARD OF TRUSTEES OF UNIVERSITY OF CALIFORNIA, SAN DIEGO AND DOES 1-200,<br><br>Defendants. | No. '21CV0581 CAB WVG<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. §§ 1441(a), 1331, 1343 (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. section 1446, Defendant County of San Diego ("County") lodges the following exhibits in support of its Notice of Removal of State Court Action to this Court.

///

1     **Exhibit A**: Register of Actions [Docket] re: Superior Court, County of San Diego, Case No. 37-2019-00000623-CU-PO-CTL; and

3     **Exhibit B**: Plaintiffs' Summons and Complaint filed on October 11, 2019.

5   DATED: April 2, 2021         Office of County Counsel

                                      By: s/ROBERT A. ORTIZ, Senior Deputy
                                      Attorneys for Defendant County of San Diego
                                      E-mail: robert.ortiz@sdcounty.ca.gov