UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA C. WATTS and ODIN H. WATTS, a minor, by and through his Guardian Ad Litem, DIANA C. WATTS,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br><br>Defendants. | Case No.: 21cv581 JO-WVG<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS** |

The parties filed joint motions to dismiss Defendants County of San Diego and Regents of the University of California (erroneously sued as Board of Trustees of University of California, San Diego) from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Dkts. 68, 71. Accordingly, Defendants County of San Diego and Regents of the University of California are DISMISSED WITH PREJUDICE. Each party must bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: November 29, 2022

_____
Hon. Jinsook Ohta
United States District Judge

1

21cv581 JO-WVG