UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA C. WATTS, et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                            Defendants. | Case No.: 21-CV-581-JO-WVG<br><br>**NOTICE AND ORDER FOR (1) EARLY NEUTRAL EVALUATION CONFERENCE, AND (2) CASE MANAGEMENT CONFERENCE** |

      On September 29, 2023, the Court convened a telephonic, attorneys-only, status conference in this matter. Doc. No. 84. Upon conferring with counsel, the Court **ORDERS** that an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") will be held on **October 10, 2023,** at **2:00 p.m.**, before U.S. Magistrate Judge William V. Gallo. These conferences will be held via Zoom videoconference as set forth in Appendix A.

I.    **EARLY NEUTRAL EVALUATION CONFERENCE**

**The following are <u>mandatory</u> guidelines for the parties preparing for the ENE Conference.**

    1.    **Purpose of Conference**

The purpose of the ENE is to permit an informal discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. All conference discussions will be informal, off the record, privileged and confidential. Counsel for non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

    2.    **ENE Statements Required**

In accordance with the Court's Chambers Rules, each party shall exchange its settlement Statement with all opposing parties. Additionally, in accordance with the Court's Chambers Rules, each party shall submit a confidential or non-confidential Statement to the Court by email, which can be found on the Court's website. **Both the exchange of Statements between the parties and submissions of Statements to the Court shall occur on or before <u>12:00 p.m.</u> on <u>October 6, 2023</u>.** The Statement each party submits directly to the chambers shall be <u>five pages or less</u> and shall outline the nature of the case, the claims, the defenses, and the parties' positions regarding settlement of, and attempts to settle the case. **All Statements must comply with the Court's Chambers Rules.**

**In addition, the Statements shall include:**

    a.    The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An **e-mail address for each participant**. This email address should be the same address the participant has used to create his or her Zoom account; and

    c.    A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically

instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

The parties shall meet and confer in good faith prior to the ENE Conference and verify that they have done so in their respective ENE Conference statements, outlining the substance of their discussions and negotiations.

3. **Time Allotted**

The Court generally allots two hours for ENEs. Counsel should be prepared to be succinct and to the point. Requests for additional time must be made in writing in the party's ENE statement, accompanied by a short explanation.

II. **CASE MANAGEMENT CONFERENCE**

If the case does not settle at the ENE, the parties shall be prepared for a Case Management Conference immediately upon completion of the ENE.

Questions regarding this case may be directed to the undersigned's Research Attorney. Please consult the undersigned's Chambers Rules, which are available on the Court's website, before contacting chambers with any questions.

**IT IS SO ORDERED**.

Dated: September 29, 2023

///

Hon. William V. Gallo
United States Magistrate Judge

**Appendix A – Zoom Videoconference Procedures**

1.     The Court will use its official Zoom video conferencing account to hold the ENE. The Zoom software is available for download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

2.     Prior to the start of the ENE, the Court will e-mail counsel the meeting login information required to join the Zoom video conference. Participants can join the video conference by following the ZoomGov Meeting hyperlink provided to counsel *or* by entering the meeting ID and password. Again, if possible, participants are encouraged to use laptops or desktop computers with a camera for the video conference, as mobile devices often offer inferior performance. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

3.     Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 2:00 p.m.

4.     Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main

---

[1]     If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2]     For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

session, the Court will divide participants into separate, confidential sessions, which Zoom calls "Breakout Rooms."[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

      5.     All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Participants should also participate in the conference in a location that allows for privacy and which does not contain background noise such as dogs barking, children, or other noise that will disrupt the conference.

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646. In short, the Court will manually place each participant in their respective Breakout Room. When the Court does this, on the participants device, the participant will see a notification regarding joining the Breakout Room. The participant should select the option to join the room. If the Court then wishes to close the Breakout Rooms and converse with all parties and counsel, the participant should choose the option that will appear on his or her device to leave the Breakout Room—this will send the participant to the group room; it will not expel the participant from the conference.