# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Watts et al

**Plaintiff,**

V.

City of Chula Vista et al

**Defendant.**

FILED
11/20/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: L. Sotelo, Deputy

**Civil No.** 21-cv-00581-JO-DDL

**STRICKEN DOCUMENT:**

Motion for Settlement

**Per Order #   97**