CHRISTOPHER J. OLSEN, SBN: 109124
5760 Lindero Canyon Road
Suite 1055
Westlake Village, California 91362
Tel: (805)557-0660  Fax: (805)491-8324
E-mail: cjolaw@aol.com

Attorney for Plaintiffs
DIANA C. WATTS and ODIN H. WATTS, a minor, by and through his Guardian Ad Litem, DIANA C. WATTS

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA C. WATTS and [OHW], a minor, by and through his Guardian Ad Litem, DIANA C. WATTS,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>CITY OF CHULA VISTA, ROXANA KENNEDY, COUNTY OF SAN DIEGO, BOARD OF TRUSTEES OF UNIVERSITY OF CALIFORNIA, SAN DIEGO, DOES 1 to 200,<br><br>                  Defendants. | Case No.: 21-cv-00581-JO-WVG<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**[No hearing is requested unless required by the Court]** |

    1.    The Motion of Petitioner, Plaintiff DIANA C. WATTS, acting as guardian ad litem for Plaintiff and Claimant [OHW], a minor, for leave to file documents under seal has been received, reviewed, and granted by this Court.

    2.    All documents in connection with the proposed approval of the compromise of the minor Plaintiff's claim in which the minor Plaintiff must necessarily be named, to wit: (1) the [Proposed] Order to Deposit Funds in Blocked Account (which is directed to the proposed depository), and (2) the Acknowledgement of Receipt of Order and Funds for Deposit in Blocked Account (which must be executed by the proposed depository), are to be filed under seal pursuant

1

21-cv-00581-CAB-WVG

| | |
|---|---|
| 1 | to the procedures provided by the Court. |
| 2 | 3. _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | _____. |
| 10 | /// |
| 11 | DATED: _____ |
| 13 | _____ |
| 14 | JUDGE, U.S. DISTRICT COURT |