CHRISTOPHER J. OLSEN, SBN: 109124
5760 Lindero Canyon Road
Suite 1055
Westlake Village, California 91362
Tel: (805)557-0660  Fax: (805)491-8324
E-mail: cjolaw@aol.com

Attorney for Plaintiffs
DIANA C. WATTS and [OHW], a minor, by and through his Guardian Ad Litem, DIANA C. WATTS

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA C. WATTS and [OHW], a minor, by and through his Guardian Ad Litem, DIANA C. WATTS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHULA VISTA, ROXANA KENNEDY, BRITTANY SCHOFER, individually, THOMAS LUHTA, individually, MARK MEREDITH, individually, JUAN MANIBUSAN, individually, BRYAN JACKSON, individually, GINGER VAN HOUGHTON, individually, CHRISTOPHER BEARSS, individually, MARIO PEREIRA, individually, JOSE AGUAYO, individually, S. O'CONNELL individually, DOES 11 to 200,<br><br>Defendants. | Case No.: 21-cv-00581-JO-DDL<br><br>**JOINT PETITION FOR APPROVAL OF COMPROMISE OF DISPUTED CLAIM OF MINOR**<br><br>**[No hearing is requested unless required by the Court]** |

Plaintiff DIANA C. WATTS, individually and in her capacity as guardian ad litem for Plaintiff [OHW], and Plaintiff [OHW] (collectively, "Plaintiffs"), and Defendants CITY OF CHULA VISTA, ROXANA KENNEDY, BRITTANY SCHOFER, individually, THOMAS LUHTA, individually, MARK MEREDITH, individually, JUAN MANIBUSAN, individually, BRYAN JACKSON, individually, GINGER VAN HOUGHTON, individually, CHRISTOPHER

1

BEARSS, individually, MARIO PEREIRA, individually, and JOSE AGUAYO, individually (collectively "Settling Defendants"), by and through their respective counsel of record, jointly move for the Court's approval of the proposed compromise of the claim of Plaintiff [OHW], a minor, as further set forth hereinbelow.

Pursuant to the direction of the Court, the following information concerning the minor Plaintiff and the proposed settlement of said minor Plaintiff's claims as set forth in this action is provided:

1. "<u>The compromised claims, including a description of each minor plaintiff's injuries, treatment for same, whether such treatment is ongoing and/or expected to continue and for what duration, and the costs associated with such past, ongoing and/or future treatment:</u>"

   (a) "<u>The compromised claims:</u>" The minor Plaintiff [OHW]'s claims arise out of the apprehension and subsequent death of the minor Plaintiff [OHW]'s father, Jason Alan Watts ("Mr. Watts"), after his interaction with Defendant officers of the Chula Vista Police Department ("CVPD") at a 7-11 store located at or about 403 Third Avenue, Chula Vista, California, on or about October 12, 2018. The minor Plaintiff [OHW]'s causes of action herein against said Defendants included (1) Unreasonable Use of Force (42 U.S.C. § 1983); (2) Interference with Parent-Child Relationship (42 U.S.C. § 1983); (3) Wrongful Death (Cal. Civ. Proc. Code § 377.60), and (4) Negligence. All Defendants, including the settling Defendants, strongly disputed liability for the death of Jason Alan Watts, and contended that his death resulted from his own overuse of methamphetamine and/or other substances and/or his various mental health conditions, as to all of which all Defendants strongly disclaim any liability relating thereto.

   (b) <u>Description of each minor plaintiff's injuries, treatment for same, whether such treatment is ongoing and/or expected to continue and for what duration, and the costs associated with such past, ongoing and/or future treatment</u>: The minor Plaintiff [OHW] was not involved in, or a witness to, or in the geographic vicinity of the subject incident in any way, sustained no physical injuries by reason thereof,

has received no medical, mental health, or related treatment or services as a result of the subject incident, and has incurred no medical or related expenses, or any other economic losses or expenses, as a result of the subject incident. The minor Plaintiff [OHW] is not anticipated to require any medical or mental health treatment in the future.

2. <u>The date of birth of the minor plaintiff(s)</u>: The minor Plaintiff [OHW]'s date of birth is            . The minor Plaintiff [OHW] is currently            .

3. <u>The identity of the petitioner, including the petitioner's relationship to the minor plaintiff and the petitioner's financial stake in the matter if any</u>: Petitioner herein is Plaintiff DIANA C. WATTS, the natural mother of minor Plaintiff [OHW] and guardian ad litem therefore. Petitioner's financial stake in the outcome of this matter is limited to Petitioner receiving an identical sum on her own claims herein as that to be received by the minor Plaintiff [OHW] in settlement of his claims. Petitioner DIANA C. WATTS will receive no part of the proceeds of the settlement of the minor Plaintiff [OHW].

4. <u>The total value of the settlement, including (a) the value of each minor plaintiff's portion of the settlement; (b) the value of the portion of the settlement awarded to adult plaintiffs, if any; and (c) the apportionment of the settlement amount among defendants, if applicable</u>:

The total value of the settlement: The minor Plaintiff [OHW] is to receive the total amount of            on his claims which is the subject of this petition. Petitioner, Plaintiff DIANA C. WATTS is to separately receive the total amount of            on her own claims herein.

(a) <u>The value of each minor plaintiff's portion of the settlement</u>:            . There are no minor Plaintiffs in this action other than minor Plaintiff [OHW].

(b) <u>The value of the portion of the settlement awarded to adult plaintiffs, if any</u>: Plaintiff DIANA C. WATTS is to separately receive the total amount of            on her own claims herein.

(c) <u>The apportionment of the settlement amount among defendants, if applicable</u>: Not applicable. All settling Defendants are collectively paying the settlement proceeds

|     |     |
| --- | --- |
| 1   | to each Plaintiff, including minor Plaintiff [OHW], without apportionment as |
| 2   | between the settling Defendants. |
| 3   | 5. <u>Plaintiffs' counsel's requested fees, both as a dollar amount and as a percentage of the |
| 4   | total settlement amount</u>: Christopher J. Olsen, Esq., counsel for the minor Plaintiff [OHW], is |
| 5   | requested to receive a fee of              , which represents           of the total settlement |
| 6   | attributable to the minor Plaintiff [OHW] of             ). Plaintiffs' attorney, Mr. Olsen, has |
| 7   | represented Plaintiffs, including the minor Plaintiff [OHW], since April 6, 2019, both in the |
| 8   | Superior Court of California and in the United States District Court subsequent to removal by |
| 9   | Defendants to this Court. Mr. Olsen is to also receive a separate contingent fee on the |
| 10  | settlement of the claims of Plaintiff DIANA C. WATTS. |
| 11  | 6. <u>Any itemized costs to be deducted from the settlement</u>: No costs are to be deducted |
| 12  | from the settlement of the minor Plaintiff [OHW]. Any itemized costs incurred in connection with |
| 13  | this action will be deducted solely from the settlement of the claims of Plaintiff DIANA C. |
| 14  | WATTS. |
| 15  | 7. <u>A description of the settlement structure</u>: This is not a structured settlement. There is a |
| 16  | gross settlement amount,           , from which will be deducted attorneys fees payable to |
| 17  | Plaintiffs' counsel, Christopher J. Olsen, Esq.,           , with the remainder of the settlement |
| 18  | proceeds,         , to be payable on behalf of the minor Plaintiff [OHW]. |
| 19  | 8. <u>Any other information the parties believe would assist this Court's review of the |
| 20  | proposed compromise</u>: |
| 21  | (a) There are no liens or claims for reimbursement to be satisfied from the proceeds of |
| 22  | the proposed settlement. |
| 23  | (b) No expenses related to Claimant's claim have been paid by Medicare, Medi-Cal, or |
| 24  | any health insurer. |
| 25  | (c) Plaintiffs' attorney did not become involved with this matter, directly or indirectly, |
| 26  | at the request of a party against whom the claim is asserted or a party's insurance |
| 27  | carrier. |
| 28  | (d) Plaintiffs' attorney is not representing, employed by, or associated with a defendant |

in this matter, counsel for said Defendant, or an insurance carrier.

   (e) The proposed settlement will resolve Claimant's claim in its entirety as against the following Defendants: CITY OF CHULA VISTA, BRITTANY SCHOFER, individually, THOMAS LUHTA, individually, MARK MEREDITH, individually, JUAN MANIBUSAN, individually, BRYAN JACKSON, individually, GINGER VAN HOUGHTON, individually, CHRISTOPHER BEARSS, individually, MARIO PEREIRA, individually, and JOSE AGUAYO, individually.

   (f) There is no guardianship of the estate of the minor Plaintiff [OHW]. Petitioner requests that the balance of the proceeds of the settlement or judgment,                    , be ordered deposited into an insured account in a financial institution in this state, the name, branch, and address of which is as follows:

                                                                                        , subject to withdrawal only upon the authorization of this Court, or upon the minor Plaintiff [OHW] reaching 18 years of age.

DATED: November 29, 2023                    LAW OFFICE OF CHRISTOPHER J. OLSEN

                                                                  s/Christopher J. Olsen
                                                                  CHRISTOPHER J. OLSEN
                                                                  Attorney for Plaintiffs
                                                                  DIANA C. WATTS and [OHW], a minor, by
                                                                  and through his Guardian Ad Litem,
                                                                  DIANA C. WATTS

DATED: November 29, 2023                    DEAN GAZZO ROISTACHER LLP

                                                                  s/Rachel M. Zuckowich
                                                                  RACHEL M. ZUCKOWICH, ESQ.
                                                                  MITCHELL D. DEAN, ESQ.
                                                                  Attorney for Defendants
                                                                  CITY OF CHULA VISTA and
                                                                  ROXANA KENNEDY


1  I declare under penalty of perjury under the laws of the state of California and the United
2  States that the foregoing is true and correct.

4  DATED: November 29, 2023

*[signature]*
DIANA C. WATTS, Petitioner

6  I declare under penalty of perjury under the laws of the state of California and the United
7  States that the foregoing is true and correct.

9  DATED: November 29, 2023

*[signature]*
CHRISTOPHER X. OLSEN
Attorney for Plaintiffs
DIANA C. WATTS and [DHW], a minor, by
and through his Guardian Ad Litem,
DIANA C. WATTS