# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA C. WATTS and O.H.W., a minor, by and through his Guardian Ad Litem, DIANA C. WATTS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>Defendants. | Case No.: 21-cv-581-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Dkt. No. 113]** |

Pursuant to the parties' Joint Motion for Dismissal [Dkt. No. 113], and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  January 26, 2024

*/s/ David Leshner*
Hon. David D. Leshner
United States Magistrate Judge